UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD PAUL BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>J. PARRA, et al.,<br><br>    Defendant(s). | Case No. 24-cv-03598-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On November 14, 2024, the court screened plaintiff's pro se prisoner complaint for damages under 42 U.S.C. § 1983 and California state law and dismissed one claim without leave to amend and three claims with leave to amend to set forth additional facts to support viable claims under § 1983 and corresponding California law, if possible.  The court warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days] will result in the dismissal of this action." ECF No. 10 at 7.

More than 70 days have passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so.  This action accordingly is DISMISSED.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: January 28, 2025

                                                        _____
CHARLES R. BREYER
United States District Judge