UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD PAUL BRYANT,<br>        Plaintiff,<br>    v.<br>J. PARRA, et al.,<br>        Defendant(s). | Case No. 24-cv-03598-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On April 16, 2025, the court granted plaintiff's motion for reconsideration of the court's January 28, 2025, order of dismissal and for an extension of time to file a First Amended Complaint (FAC). The court advised plaintiff that he "may file a FAC . . . by no later than May 30, 2025," and warned him that "[f]ailure to file a proper amended complaint [by May 30, 2025] will result in the dismissal of this action." ECF No. 15 at 2.

But more than ten days have passed since May 30, 2025, and plaintiff, who is no longer incarcerated, has neither filed a FAC nor sought an extension of time to do so. This action accordingly is DISMISSED.

The clerk is instructed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: June 10, 2025

_____
CHARLES R. BREYER
United States District Judge